**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**ROBERT CARPENTER,**

**Plaintiff,**

**vs.**

**PERSOLVE, LLC; LAW OFFICES OF**
**DEBORAH S. ASHEN, LTD.; and**
**DEBORAH S. ASHEN,**

**Defendants.**                                   **NO.  07-CV-633-DRH**

**ORDER**

**HERNDON, Chief Judge:**

Now before the Court is Defendants' Deborah S. Ashen, Ltd. and Deborah S. Ashen's motion for extension of time to filed response to Plaintiff's motion for class certification filed October 15, 2007, the day Defendants' response was actually due. (Doc. 18.)  The Court, being fully advised in the premises, **GRANTS** Defendants' motion (Doc. 18) and **EXTENDS** Defendants Deborah S. Ashen, Ltd. and Deborah S. Ashen's

1

time to file a response to Plaintiff's motion for class certification (Doc. 5)

until November 14, 2007.[1]

**IT IS SO ORDERED**.

Signed this 16th day of October, 2007.

/s/    DavidRHerndon
**Chief Judge**
**United States District Court**

---

[1] However, the Court wishes to advise Defendants that in the future, if they wish to request an extension, they should do so prior to the date that the document is due.